UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHARLES "CHUCK" WOOD,<br><br>             Plaintiff,<br><br>vs.<br><br>FLUOR IDAHO, LLC,<br><br>             Defendant. | Case No. 4:19-CV-00185-JMM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The parties' Stipulation of Dismissal with Prejudice having come before the court (Dkt. 18, and finding good cause therefore;

**IT IS HEREBY ORDERED** that the above-entitled action be and is hereby DISMISSED WITH PREJUDICE, with each party to bear their own attorney's fees and costs.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

Ryan S. Dustin
Casperson Ulrich Dustin PLLC
Attorneys for Plaintiff